**GENERAL COMPLAINT**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

FILED CLERK
U.S. DISTRICT COURT
04 FEB 17 AM 11:06
TEXAS-EASTERN

Stephen Powers
1397 Mustang Drive

Lewisville, TX 75067

4:04cv50

(Enter above the full name of <u>each</u>
plaintiff in this action.)

vs.

Rande LaDue, dba ProFit Enterprises ; Robert Zeigner, dba Zigs Designs

P.O. Box 852                                    ; 50 South Belt Industries Dr.

Trabuco Canyon, CA 92678                        ; Houston, TX 77047
(Enter above the <u>full name</u> of each
defendant in this action.  DO NOT USE "ET AL.")

I. **ATTEMPT TO SECURE COUNSEL:**

   Please answer the following concerning your attempt to secure counsel:

   A. In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (Circle One).

      1. Employ Counsel

      2. My Court-Appointed Counsel

      3. Lawyer Referral Service of the State Bar of Texas,
         P. O. Box 12487, Austin, TX 78711.

   B. The name(s) and address(es) of the attorney(s): _____

         Stephen Powers- Pro Se

         1397 Mustang Drive

         Lewisville, TX 75067

   C. Result of the conference with counsel: _____

         Not Applicable

- 2 -

II. PREVIOUS LAWSUITS:

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents.   ___YES   _x_NO

   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit:_____

   2. Parties to previous lawsuit:

      Plaintiff(s)_____

      Defendant(s)_____

   3. Court: (If federal, name the district; if state, name the county.)_____

   4. Docket Number:_____

   5. Name of judge to whom case was assigned:_____

   6. Disposition: (Was the case dismissed? appealed? still pending?)

      _____

      _____

   7. Approximate date of disposition:_____

III. PARTIES TO THIS SUIT:

   A. Name and address of each plaintiff: Stephen Powers
      1397 Mustang Drive
      Lewisville, TX 75067

   B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

   **Defendant #1:** Rande LaDue - owner

   Profit Enterprises

   P.O. Box 852    Trabuco Canyon, CA 92678

   **Defendant #2:** Robert Zeigner - owner

   Zigs Designs

   50 South Belt Industries Dr.   Houston, TX 77047

- 3 -

Defendant #3: _____

_____

_____

Defendant #4: _____

_____

_____

IV. STATEMENT OF CLAIM:

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. <u>Do not give any legal arguments or cite any cases or statutes</u>. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra pages if necessary.)

On approximately December 10, 2001 the plaintiff, Stephen Powers entered into an agreement with the subcontracted manufacturer of ProFit Enterprises, Zigs Designs. The agreement was set forth between the parties to identify and define royalty payments for a rotary torso exercise machine protected by US Patent No. D474,025. The plaintiff received payments in accordance with this agreement until August 15, 2002. Henceforth, from said date the named defendants, Profit Enterprises and Zigs Designs have failed to make royalty payments. The named defendants have continued to manufacture and sell the rotary torso exercise machine protected by said US Patent. This is in violation of United States Code Title 35 section 271. The named defendants have also breeched said agreement.

- 4 -

V.  RELIEF:  State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The plaintiff, Stephen Powers, requests that the court enforce United States Code Title 35 Section 289 and require that both named defendants be held liable for the damages as defined therein.

Signed this ___17___ day of __February__, 20 _04_ .
        (Date)                (month)           (year)

_____
(Signature of each plaintiff)

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __02/17/2004__
              date

_____
(Signature of each plaintiff)