Stephen Powers
Stephen Powers-Pro Se
1397 Mustang Drive
Lewisville, TX 75067

Attorney for Plaintiff

Judge Schell and Judge Bush

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 1 5 2004

DAVID J. MALAND, CLERK
BY
DEPUTY

US District Court for the Eastern District of Texas

| | |
|---|---|
| Stephen Powers, ) | Case No.: 4:04cv50 |
| ) | |
| Plaintiff, ) | **Plaintiff's Answer to Defendant's** |
| ) | **Counterclaims and Reply to** |
| vs. ) | **Defendant's Affirmative Defenses** |
| ) | |
| Rande LaDue, d/b/a ProFit Enterprises ) | |
| ) | |
| and Robert Zeigner, d/b/a Zigs Designs ) | |
| ) | |
| Defendant ) | |

### Plaintiffs Answer to Defendants Counterclaims

I.

### General Objections

Plaintiff, Stephen Powers denies generally each and every counterclaim in defendant's answer to plaintiff's complaint and demands strict proof of every counterclaim by preponderance of and/or clear and convincing evidence.

II.

### Specific Objections

---

Plaintiff's Answer to Defendant's
Counterclaims - 1

Stephen Powers-Pro Se
1397 Mustang Drive
Lewisville, TX 75067

## Objection to Counterclaim for Declaratory Judgement by Defendant

Answer to Section 20 of Defendant's Counterclaim—The '025 patent is valid and enforceable as defined by the patent laws of the United States, in particular Title 35 of the United States Code. The defendant's accused device infringes the plaintiff's '025 patent.

Answer to Section 21 of Defendant's Counterclaim – The '025 patent has been directly infringed and is presently being directly infringed by the defendants.

Answer to Section 22 of Defendant's Counterclaim – Defendants have contributed to the infringement and induced the infringement of and are contributing to the infringement of and inducing the infringement of the '025 patent.

Answer to Section 23 of Defendant's Counterclaim – The claims of '025 patent are valid and enforceable.

Answer to Section 24 of Defendant's Counterclaim – Defendants are not entitled to a Declaratory Judgment as the '025 patent is presumed valid and enforceable as defined in 35 U.S.C.. Defendants have not presented evidence to overcome this presumption.

## Objection to Counterclaim for Business Disparagement by Defendant-

Plaintiff, Stephen Powers, denies claim for business disparagement by publishing false, disparaging words with malice and without privilege.

Plaintiff's Answer to Defendant's

Counterclaims - 2

Stephen Powers-Pro Se
1397 Mustang Drive
Lewisville, TX 75067

<u>Objection to Counterclaim for Tortious Interference by Defendant</u> –

Plaintiff, Stephen Powers, denies claim for Tortious Interference by intentionally interfering with a relationship with a third person.

### Plaintiff's Reply to Defendant's Affirmative Defenses

<u>Reply to Defendant's Affirmative Defense Number 6</u>- Plaintiff states in Section IV of the original complaint that the defendant is in violation of the '025 patent as defined by 35 U.S.C.. In section V of the plaintiff's original complaint, the plaintiff asks for relief as defined by 35 U.S.C.289.

<u>Reply to Defendant's Affirmative Defense Number 7</u>- The defendant has directly infringed and induced infringement of the '025 patent.

<u>Reply to Defendant's Affirmative Defense Number 8</u>- The '025 patent is valid and enforceable and meets the conditions of patentability as specified in 35 U.S.C..

<u>Reply to Defendant's Affirmative Defense Number 9</u>- The '025 patent is valid and enforceable as defined by Title 35 of The United States Code.

<u>Reply to Defendant's Affirmative Defense Number 10</u>- The '025 patent is valid and enforceable.

<u>Reply to Defendant's Affirmative Defense Number 11</u>- The plaintiff's claims are not barred by the defense of estoppel.

<u>Reply to Defendant's Affirmative Defense Number 12</u>- The plaintiff's claims are not barred by the defense of laches.

<u>Reply to Defendant's Affirmative Defense Number 13</u>- The plaintiff's claims are not barred by the defense of unclean hands.

1
2
3   Dated this 14th day of April, 2004
4   X _____
     Stephen Powers
5    Stephen Powers-Pro Se
     1397 Mustang Drive
6    Lewisville, TX 75067
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Plaintiff's Answer to Defendant's     Stephen Powers-Pro Se
                                      1397 Mustang Drive
Counterclaims - 4                     Lewisville, TX 75067

Stephen Powers                                  Judge Schell and Judge Bush
Stephen Powers-Pro Se
1397 Mustang Drive
Lewisville, TX 75067

US District Court for the Eastern District of Texas

| | |
|---|---|
| Stephen Powers, | ) Case No.: 4:04cv50 |
| Plaintiff, | ) Certificate of Service |
| vs. | ) |
| Rande LaDue, d/b/a ProFit Enterprises | ) |
| and Robert Zeigner, d/b/a Zigs Designs, | ) |
| Defendant | ) |

### Certificate of Service

This is to certify that I have this day served a true and correct copy of **PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS AND REPLY TO DEFENDANT'S AFFIRMATIVE DEFENSES** upon Defendant who is represented by Gwendolyn Dawson of King and Spalding, LLP. By causing a true and correct copy thereof to be served by certified mail, return receipt requested, to Defendant's attorney as follows:

King & Spalding, LLP

1100 Louisiana Suite 4000

Houston, TX 77002-5213

Dated this 14th day of April, 2004

_____

Certificate of Service - 1                Stephen Powers-Pro Se
                                          1397 Mustang Drive
                                          Lewisville, TX 75067